*Hugh A. Fisher, William W. Barron,* and *W. Marvin Smith* for the United States.

No. 89. BOYCE *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Wm. R. Green, Jr.* and *Hugh Satterlee* for petitioner. *Acting Solicitor General Gardner, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 90. WRIGHT, ADMINISTRATRIX, *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Martin J. McNamara* and *Wm. S. Hodges* for petitioner. *Acting Solicitor General Townsend, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States.

No. 91. CHIARA ET AL. *v.* DELAWARE, LACKAWANNA & WESTERN R. Co. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Peter P. Artaserse* for petitioners. *Mr. Walter J. Larrabee* for respondent.

No. 92. MOTLOW *v.* SOUTHERN HOLDING & SECURITIES CORP. ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Patrick H. Cullen* and *Clem F. Storckman* for petitioner. *Mr. John S. Leahy* for respondent Southern Holding & Securities Corporation. *Messrs. John T. Harding* and *David A. Murphy* for respondents Home Insurance Co. et al.